UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD.,<br><br>                    Plaintiff,<br><br>       v.<br><br>GENIUS ELECTRONIC OPTICAL CO., LTD.,<br><br>                    Defendant. | Case No. CV-13-2502-WHO<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiff and Defendant, subject to the approval of the Court, hereby agree that the time for Defendant to answer, move, or otherwise respond to the Complaint (D.I. 1) is extended to October 1, 2013 in exchange for Defendant accepting service of the Complaint, waiving any defense under Fed. R. Civ. P. 12(b)(4) and (5), and agreeing to engage in meaningful settlement discussions with Plaintiff during the extension.

DATED: July 16, 2013          **PERKINS COIE LLP**

                              By:  */s/ Michael J. Engle*
                                   John P. Schnurer, Bar No. 185725
                                   JSchnurer@perkinscoie.com
                                   Michael J. Engle, Bar No. 259476
                                   MEngle@perkinscoie.com

                              Attorneys for Plaintiff
                              Largan Precision Co., Ltd.

DATED: July 16, 2013          **KILPATRICK TOWNSEND**

                              By:  */s/ Kenneth S. Chang*
                                   Kenneth S. Chang, Bar No. 211925
                                   kschang@kilpatricktownsend.com

                              Attorneys for Defendant
                              Genius Electronic Optical Co., Ltd.

1
2
3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5  DATED: _August 1, 2013_____    _____
                                      WILLIAM H. ORRICK
6                                     UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28