1  John P. Schnurer, Bar No. 185725
   JSchnurer@perkinscoie.com
2  Michael J. Engle, Bar No. 259476
   MEngle@perkinscoie.com
3  PERKINS COIE LLP
   11988 El Camino Real, Suite 200
4  San Diego, CA  92130-3334
   Telephone:  858.720.5700
5  Facsimile:  858.720.5799

6  Attorneys for Plaintiff
   LARGAN PRECISION CO., LTD.
7
   Kenneth S. Chang, Bar No. 211925
8  kschang@kilpatricktownsend.com
   Kilpatrick, Townsend & Stockton LLP
9  1400 Wewatta Street, Suite 600
   Denver, Colorado 80202
10 Telephone: 303-571-4000
   Facsimile: 303-571-4321
11
   Attorneys for Defendant
12 GENIUS ELECTRONIC OPTICAL CO.,
   LTD.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | LARGAN PRECISION CO., LTD.,          | Case No. CV-13-2502-WHO

18 |                    Plaintiff,        | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

19 |     v.

20 | GENIUS ELECTRONIC OPTICAL CO., LTD.,

21 |                    Defendant.

Plaintiff Largan Precision Co., Ltd. and Defendant Genius Electronic Optical Co., Ltd. hereby stipulate to continue the Initial Case Management Conference (currently scheduled for September 10, 2013) until October 22, 2013. This will place the CMC after the October 1, 2013 deadline for Genius to respond to the Complaint. D.I. 13. Genius hereby withdraws its Motion For Administrative Relief To Continue Case Management Conference (D.I. 15).

DATED: September 3, 2013  **PERKINS COIE LLP**

By: */s/ Michael J. Engle*
John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com

Attorneys for Plaintiff
Largan Precision Co., Ltd.

DATED: September 3, 2013  **KILPATRICK TOWNSEND**

By:
Kenneth S. Chang, Bar No. 211925
kschang@kilpatricktownsend.com

Attorneys for Defendant
Genius Electronic Optical Co., Ltd.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 4, 2013

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

1-28 down left margin

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Michael J. Engle, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of September, 2013, at Los Angeles, California.

          */s/*
          Michael J. Engle