John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:  858.720.5799

Attorneys for Plaintiff
LARGAN PRECISION CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> GENIUS ELECTRONICS OPTICAL CO., LTD., <br><br> Defendant. | Case No. CV-13-2502-WHO <br><br> **PLAINTIFF LARGAN PRECISION CO., LTD.'S ANSWER TO DEFENDANT GENIUS ELECTRONICS OPTICAL CO., LTD.'S COUNTERCLAIMS** <br><br> Judge:   Hon. William H. Orrick |

1    Plaintiff and counterclaim-defendant Largan Precision Co., Ltd. ("Largan") responds to
2  defendant and counterclaim-plaintiff Genius Electronic Optical Co., Ltd.'s ("Genius")
3  counterclaims as follows:

### THE PARTIES

5    61.   Admitted.

6    62.   Admitted.

### JURISDICTION AND VENUE

8    63.   For purposes of this action only, Largan does not dispute that this Court has subject
9  matter jurisdiction over this action. Largan denies any remaining allegations of this paragraph.

10   64.   For purposes of this action only, Largan submits to personal jurisdiction in this
11 Court for this action. Largan denies any remaining allegations of this paragraph.

12   65.   For purposes of this action only, Largan does not dispute that venue is proper in
13 this Court for this action. Largan denies any remaining allegations of this paragraph.

### COUNTERCLAIM 1

15   66.   Largan incorporates by reference its response to the paragraphs above. Largan
16 denies any remaining allegations of this paragraph.

17   67.   Largan admits that an actual and justiciable controversy exists between Genius and
18 Largan with respect to the asserted patents. Largan denies any remaining allegations of this
19 paragraph.

20   68.   Denied.

21   69.   Denied.

### COUNTERCLAIM 2

23   70.   Largan incorporates by reference its response to the paragraphs above. Largan
24 denies any remaining allegations of this paragraph.

25   71.   Largan admits that an actual and justiciable controversy exists between Genius and
26 Largan with respect to the asserted patents. Largan denies any remaining allegations of this
27 paragraph.

28   72.   Denied.

1     73.    Denied.

2     74.    Denied.

## PRAYER FOR RELIEF

75.    Largan denies that Genius is entitled to any judgment or relief.

## DEMAND FOR JURY TRIAL

76.    To the extent a response is required, Largan admits that Genius demands a trial by jury on all issues triable of right by a jury.

DATED: December 12, 2013

**PERKINS COIE LLP**

By:  */s/ Michael J. Engle*
    John P. Schnurer, Bar No. 185725
    JSchnurer@perkinscoie.com
    Michael J. Engle, Bar No. 259476
    MEngle@perkinscoie.com

Attorneys for Plaintiff
Largan Precision Co., Ltd.