UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO, LTD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENIUS ELECTRONIC OPTICAL CO., LTD.,<br><br>　　　　Defendant. | Case No.  13-cv-02502-JD<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 52 |

Plaintiff Largan Precision Co., Ltd. ("Largan") has filed an Administrative Motion to File Under Seal Exhibit 2 to its May 13, 2014, letter brief.  Dkt. Nos. 52, 53.  Largan states that the exhibit interrogatory responses from the defendant, Genius Electronic Optical Co., Ltd. ("Genius"), which Genius has designated as "Highly Confidential – Attorneys' Eyes Only."  Genius does not oppose Largan's motion to seal, but it also has not filed any declaration in support of sealing Exhibit 2, despite having designated it as confidential.

In our district, under Civil Local Rule 79-5, when a party seeks to file a document designated as confidential by the opposing party under seal, the opposing party must, within four days of the filing of the Administrative Motion to File Under Seal, file a declaration establishing that all of the designated material is sealable.  Civil L.R. 79-5(e)(1).  Because Genius has not filed a declaration in support of sealing Exhibit 2, the Court denies Largan's Administrative Motion to File Under Seal.

Pursuant to Civil Local Rule 79-5(e)(2), Largan is directed to file an unsealed version of Exhibit 2 to its May 13, 2014, letter brief no earlier than 4 days, and no later than 10 days, from the date of this order.

**IT IS SO ORDERED**.

Dated: October 16, 2014

_____
JAMES DONATO
United States District Judge