UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO, LTD, <br><br> Plaintiff, <br><br> v. <br><br> GENIUS ELECTRONIC OPTICAL CO., LTD., <br><br> Defendant. | Case No. 13-cv-02502-JD <br><br> **JUDGMENT** |

Pursuant to the Court's March 31, 2015 order regarding summary judgment and the April 29, 2015 order directing entry of partial judgment under Federal Rule of Civil Procedure 54(b), final judgment of noninfringement of U.S. Patent Nos. 7,826,151; 7,864,454; 8,233,224; 8,310,768; and 8,395,691 is hereby entered in favor of defendant Genius Electronic Optical Co., Ltd., and against plaintiff Largan Precision Co., Ltd., with respect to Genius's sales of accused products, except for any sales of the GS-8627 and GS-8615 products that were sold during time periods when Largan alleges Genius knew it was the sole supplier for those lenses. Largan recovers nothing with respect to these claims.

Dated: April 30, 2015

_Lisa R. Clark_

Richard W. Wieking, Clerk

By: Lisa R. Clark, Deputy Clerk